The Clerk will specify a briefing schedule for the filing of supplemental briefs.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Reginald James CAUSEY,
Defendant-Appellant.

No. 86–3469.

United States Court of Appeals,
Fifth Circuit.

July 9, 1987.

Burton P. Guidry, Baton Rouge, La., for defendant-appellant.

Richard B. Lawney, Asst. U.S. Atty., Stanford O. Bardwell, Jr., U.S. Atty., Baton Rouge, La., Mervyn Hamburg, App. Sect., Crim. Div., U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellee.

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Patricia THOMAS, et al.,
Plaintiffs-Appellees,

v.

CAPITAL SECURITY SERVICES, INC.,
Defendant-Appellant.

No. 86–4480.

United States Court of Appeals,
Fifth Circuit.

July 9, 1987.

M. Curtiss McKee, Jackson, Miss., for defendant-appellant.

Deborah A. McDonald, Mary Brown, Natchez, Miss., Willie L. Rose, McComb, Miss., George Cochran, University, Miss., for plaintiffs-appellees.

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.

The court retains jurisdiction of the matter, pending ruling by the district court.

HAMILTON BROTHERS OIL CO., et al., Plaintiff-Appellant,

v.

ANR PIPELINE CO., Defendant-Appellee.

No. 86–6014.

United States Court of Appeals, Fifth Circuit.

July 13, 1987.

Hayden Burns, Paul F. Simpson, Butler & Binion, Houston, Tex., for plaintiff-appellant.

B. Thomas Cook, Robert C. Williams, Bracewell & Patterson, Houston, Tex., for defendant-appellee.

Before RUBIN, GARZA, and JONES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that counsel for the appellant is directed, pending the appeal, to apply to the district court for an order vacating the stay previously entered, within five days from the date this order is received. Opposing counsel shall then be given such time as is allowed under the local rules of the district court for reply. Upon receipt of a ruling by the district court, counsel for the appellant shall promptly notify this court, with a copy of any communication to opposing counsel.

UNITED STATES of America, Plaintiff-Appellee,

v.

Darnell WILLIAMS, Defendant-Appellant.

No. 86–4679.

United States Court of Appeals, Fifth Circuit.

July 14, 1987.
Rehearing and Rehearing En Banc Denied Aug. 28, 1987.

